No. 472. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* GAMBRILL;

No. 473. SAME *v.* CAMPBELL;

No. 474. SAME *v.* KNOX; and

No. 475. SAME *v.* ROGERS. November 12, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biddle* for petitioner. Reported below: 112 F. 2d 530.

No. 484. UNITED STATES *v.* COOPER CORPORATION ET AL. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biddle* for the United States. *Messrs. Luther Day, Lyman M. Bass, Paul H. Arthur, John C. Bruton, Jr., Charles Wesley Dunn, Thurlow M. Gordon, Paul Van Anda,* and *Joseph F. Murray* for respondents.

No. 447. WESTINGHOUSE ELECTRIC & MANUFACTURING CO. *v.* NATIONAL LABOR RELATIONS BOARD. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. MR. JUSTICE ROBERTS took no part in the consideration and decision of this application. *Mr. Roswell L. Gilpatric, Charles P. Reinwald, Donald C. Swatland,* and *F. Harold Smith* for petitioner. *Solicitor General Biddle* and *Messrs. Thomas E. Harris, Robert B. Watts,* and *Laurence A. Knapp,* and *Miss Ruth Weyand* for respondent.

No. 479. PFAFF ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for